EAST BATON ROUGE PARISH  C-682202
Filed Apr 23, 2019 4:56 PM    25
Deputy Clerk of Court

FREDERICK JOSEPH                    NUMBER:        SECTION " "

VERSUS                              19TH JUDICIAL DISTRICT COURT

HOUSTON SPECIALTY INSURANCE         PARISH OF EAST BATON ROUGE
COMPANY, LARRY DOSS and
BOWMAN TRUCKING, LLC                STATE OF LOUISIANA

**************************************************************

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes petitioner, FREDERICK JOSEPH, a person of the full age of majority residing in Woodville, Mississippi, who, with respect, represents the following:

1.

Made defendants herein are the following:

A.  LARRY DOSS, upon information and belief an adult resident of Fayette, Mississippi, who can be served via the Louisiana Long Arm Statute at 1764 River Road, Fayette, Mississippi 39069;

B.  BOWMAN TRUCKING, LLC, upon information to form a belief, a foreign corporation; that can be served via the Louisiana Long-Arm Statute through its registered agent, Arlon Bowman, 8024 Sylvarena Road, Wesson, Mississippi 39191; and,

C.  HOUSTON SPECIALTY INSURANCE COMPANY, upon information to form a belief, a foreign insurance company that can be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

2.

The defendants are justly and truly indebted unto your petitioner, jointly, severally and *in solido*, for damages, injuries, and losses that he has sustained together with legal interest from date of judicial demand, and all costs of these proceedings, and for general and equitable relief for the following to-wit:

3.

On or about April 30, 2018, at approximately 4:00 p.m., petitioner, FREDERICK JOSEPH, was the operator of a 2006 Jeep Wrangler traveling in a general southbound direction on Highway 61 in the Parish of West Feliciana, State of Louisiana.

4.

At the same date and time, defendant, LARRY DOSS, was driving a 2009 Freightliner tractor and trailer, while in the course and scope of his employment with defendant, BOWMAN

1



Certified True and Correct Copy
CertID: 2019042400807
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 4/24/2019 2:38 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

TRUCKING, LLC, and traveling in a generally westbound direction on Louisiana Highway 964.

5.

As petitioner, FREDERICK JOSEPH, was traveling straight in his lane of travel, suddenly and without warning, defendant, LARRY DOSS, attempted to turn left in his tractor and trailer from Highway 964 onto Highway 61 to travel northbound and entered the lane of travel of JOSEPH vehicle. As a result of the actions of DOSS, a violent collision occurred.

6.

Upon information and belief, at all times pertinent hereto defendant, LARRY DOSS, was employed by the defendant, BOWMAN TRUCKING, LLC, and at the time of the accident was in the course and scope of employment for the defendant, BOWMAN TRUCKING, LLC, Petitioner therefore pleads the doctrine of *Respondeat Superior*.

7.

Petitioner alleges that a substantial cause of the above-described accident was the fault and/or negligence of LARRY DOSS, which is described in part but not exclusively as follows:

    a.    In failing to see what he should have seen and if having seen, in failing to heed;

    b.    In failing to maintain control of his tractor and trailer;

    c.    In failing to drive his vehicle with due regard for the safety of all persons;

    d.    In violating the traffic laws of Louisiana, including but not limited to failure to yield;

    e.    Failing to warn motorist of an impending collision; and

    f.    Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and city traffic regulations and ordinances.

8.

In addition to the negligence alleged heretofore, petitioner alleges that a substantial cause of the above-described accident was the fault and/or negligence of the defendant, BOWMAN TRUCKING, LLC, which is described in part but not exclusively as follows:

    a.    In failing to provide proper driver training;

    b.    In failing to employ a safe and competent driver;

    c.    In failing to properly supervise and instruct its drivers;

    d.    In failing to properly maintain the tractor and trailer; and

2



Certified True and Correct Copy
CertID: 2019042400807

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/24/2019 2:38 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

  e. Any and all acts of negligence, omissions, and/or legal fault shown at the time of this trial to be a proximate cause of petitioner's injuries, damages, or losses.

9.

Petitioner is informed, believes and therefore alleges that at the time of the accident the defendant, HOUSTON SPECIALTY INSURANCE COMPANY, had issued a policy of insurance in favor of defendants and under the laws of the State of Louisiana, was in full force and effect at the time of the accident, and which insurance inures to the benefit of petitioner under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:655.

10.

As a result of the combined fault and/or negligence of the defendants in causing the aforementioned accident, petitioner, FREDERICK JOSEPH, suffered injuries including, but not limited to:

  a. Neck injury;

  c. Lower back injury;

  d. Head Injury; and,

  e. Other damages and losses to be shown at trial.

11.

As a result of the aforementioned accident, petitioner, FREDERICK JOSEPH, suffered the following damages:

  a. Physical pain and suffering – past, present, and future;

  b. Mental and emotional pain, anguish, and distress – past, present, and future;

  c. Medical expenses – past, present, and future;

  d Loss of income and impairment of earning capacity – past, present, and future;

  e. Loss of enjoyment of life – past, present, and future;

  f. Other damages and losses to be shown at trial.

**WHEREFORE PETITIONER PRAYS** that the defendants be served with a copy of the petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of petitioner, FREDERICK JOSEPH, and against the defendants, HOUSTON SPECIALTY INSURANCE COMPANY, BOWMAN TRUCKING, LLC and LARRY

3


Certified True and Correct Copy
CertID: 2019042400807

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
4/24/2019 2:38 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

DOSS, for compensatory damages in an amount that will fully and adequately satisfy the demands of justice in equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully Submitted,

GORDON MCKERNAN INJURY ATTORNEYS

Chet G. Boudreaux (#28504)
Direct: (225) 926-1578
Direct Fax: (225) 490-4516
chet@getgordon.com

Richard F. Zimmerman, III (#31374)
Brad R. Matthews (#30616)
Anne Marie P. Muller (#32908)
Douglas K. Foster (#28909)
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Telephone: (225) 888-8888
Facsimile: (225) 926-1202

<u>PLEASE SERVE:</u>

**HOUSTON SPECIALTY INSURANCE COMPANY**
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**BOWMAN TRUCKING, LLC**
*Via the Louisiana Long-Arm Statute*
Through its agent for service of process:
Arlon Bowman
8024 Sylvarena Road
Wesson, Mississippi 39191

**LARRY DOSS**
*Via the Louisiana Long-Arm Statute*
1764 River Road
Fayette, Mississippi 39069

4

Certified True and Correct Copy
CertID: 2019042400807
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 4/24/2019 2:38 PM

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



CERTIFIED MAIL

7018 0360 0000 7658 4760



U.S. POSTAGE >> PITNEY BOWES

ZIP 70802 $ 004.15
02 4W
0000352737 APR. 29. 2019

SS104 (R 06/18)    70802$5921 C001