*Chet* ~~O~~riginal Locked Report

Original Report Locked By : 'WELCH, RONALD'

Fredrick Joseph, Jr

180501054401438

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**

TOTAL NUMBER OF VEHICLES INVOLVED: 0

| DATE OF CRASH | TIME (0000) | DISTRICT/ZONE | TROOP | | PAGE # |
|---|---|---|---|---|---|
| 0 4 3 0 2 0 1 8 | 1 6 0 0 | | | LAT. 0 | 0 1 |

PARISH: WEST FELICIANA    PARISH CODE: 63    LONG. 0

CPL. ROBERT REDMO
18-2107

| Quadrant | | Service Road | |
|---|---|---|---|
| NW | SW | N | E |
| NE | SE | S | W |

CITY OR TOWN:    CITY CODE: 0

CRASH OCCURRED ON:
A. INTERSTATE
B. U.S. HWY
C. STATE HWY
D. PARISH ROAD
E. CITY STREET
F. OFF ROAD/ PRIVATE PROPERTY
G. TOLL ROAD

HIGHWAY #: 6 1 - 0    MILEPOST:    ROADWAY NAME: US 6 1

DISTANCE: 0    MILES ☐ / FEET ☐    N E / S W    STREET/HIGHWAY: LA HWY 964    ☒ AT INTERSECTION    ☐ NOT AT INTERSECTION

[B] DISTANCE: 0    MILES ☐ / FEET ☐    N E / S W    STREET/HIGHWAY:    ☐ AT INTERSECTION    ☐ NOT AT INTERSECTION

WORK ZONE | HIT & RUN
PUBLIC PROPERTY DAMAGE [X] | PHOTOS MADE [X]
RR TRAIN INVOLVED | FATALITY
PED | INJURY [X]

**WRITE APPROPRIATE LETTER IN BLOCK    CONTRIBUTING FACTORS AND CONDITIONS**

**ROAD SURFACE** (ONE PER COLUMN): [A]
A. DRY
B. WET
C. SNOW/SLUSH
D. ICE
E. CONTAMINANT (SAND, MUD, DIRT, OIL, ETC.)
Y. UNKNOWN
Z. OTHER

[A]
A. CONCRETE
B. BLACK TOP
C. BRICK
D. GRAVEL
E. DIRT
Y. UNKNOWN
Z. OTHER

**ROADWAY CONDITIONS**: [A]
A. NO ABNORMALITIES
B. SHOULDER ABNORMALITY
C. HOLES
D. DEEP RUTS
E. BUMPS
F. LOOSE SURFACE MATERIAL
G. CONSTRUCTION, REPAIR
H. OVERHEAD CLEARANCE LIMITED
I. CONSTRUCTION – NO WARNING
J. PREVIOUS CRASH
K. WATER ON ROADWAY
L. ANIMAL IN ROADWAY
M. OBJECT IN ROADWAY
Z. OTHER

**TYPE OF ROADWAY**: [C]
A. ONE-WAY ROAD
B. TWO-WAY ROAD WITH NO PHYSICAL SEPARATION
C. TWO-WAY ROAD WITH A PHYSICAL SEPARATION
D. TWO-WAY ROAD WITH A PHYSICAL BARRIER
Y. UNKNOWN
Z. OTHER

**ALIGNMENT**: [C]
A. STRAIGHT-LEVEL
B. STRAIGHT-LEVEL ELEVATED
C. CURVE-LEVEL
D. CURVE-LEVEL ELEVATED
E. ON GRADE-STRAIGHT
F. ON GRADE-CURVE
G. HILLCREST-STRAIGHT
H. HILLCREST-CURVE
I. DIP, HUMP-STRAIGHT
J. DIP, HUMP-CURVE
Y. UNKNOWN
Z. OTHER

**PRIMARY FACTOR**: [A]
**SECONDARY FACTOR**: [B]
A. VIOLATIONS
B. MOVEMENT PRIOR TO CRASH
C. VISION OBSCUREMENTS
D. CONDITION OF DRIVER
E. VEHICLE CONDITIONS
F. ROAD SURFACE
G. ROADWAY CONDITION
H. LIGHTING
I. WEATHER
J. TRAFFIC CONTROL
K. KIND OF LOCATION
L. CONDITION OF PEDESTRIAN
M. PEDESTRIAN ACTIONS

**WEATHER**: [A]
A. CLEAR
B. CLOUDY
C. RAIN
D. FOG/SMOKE
E. SLEET/HAIL
F. SNOW
G. SEVERE CROSSWIND
H. BLOWING SAND, SOIL, DIRT, SNOW
Y. UNKNOWN
Z. OTHER

**KIND OF LOCATION**: [C]
A. MANUFACTURING OR INDUSTRIAL
B. BUSINESS CONTINUOUS
C. BUSINESS, MIXED RESIDENTIAL
D. RESIDENTIAL DISTRICT
E. RESIDENTIAL SCATTERED
F. SCHOOL OR PLAYGROUND
G. OPEN COUNTRY
Z. OTHER

**RELATION TO ROADWAY**: [A]
A. ON ROADWAY
B. SHOULDER
C. MEDIAN
D. BEYOND SHOULDER - LEFT
E. BEYOND SHOULDER - RIGHT
F. BEYOND RIGHT OF WAY
G. GORE
Y. UNKNOWN
Z. OTHER

**ACCESS CONTROL**: [A]
A. NO CONTROL (UNLIMITED ACCESS TO ROADWAY)
B. PARTIAL CONTROL LIMITED ACCESS TO ROADWAY
C. FULL CONTROL (ONLY RAMP ENTRANCE & EXIT)
Y. UNKNOWN
Z. OTHER

**LIGHTING**: [A]
A. DAYLIGHT
B. DARK - NO STREET LIGHTS
C. DARK - CONTINUOUS STREET LIGHT
D. DARK - STREET LIGHT AT INTERSECTION ONLY
E. DUSK
F. DAWN
Y. UNKNOWN
Z. OTHER

**VEHICLE CONFIGURATION**

| | | |
|---|---|---|
| A PASSENGER CAR | D A, B, C, OR S WITH TRAILER | G OFF-ROAD VEHICLE |
| B LT. TRUCK (P.U., ETC.) | E MOTORCYCLE | H EMERGENCY VEHICLE IN USE |
| C VAN | F PEDALCYCLE | I SCHOOL BUS |

J BUS W/SEATS FOR 9-15 OCCUPANTS
K BUS W/SEATS FOR 16 OR MORE OCC.
L SINGLE UNIT TRUCK W/ 2 AXLES
M SINGLE UNIT TRUCK W/ 3 AXLES OR MORE
N TRUCK/ TRAILER
P TRUCK/ TRACTOR
Q TRACTOR SEMI-TRAILER
R TRUCK DOUBLE
S SUV
T FARM EQUIPMENT
V MOTOR HOME
Z OTHER

**CARGO BODY TYPE**

A BUS
B VAN/ENCLOSED BOX
C CARGO TANK
D FLATBED
E DUMP TRUCK/ TRAILER
F CONCRETE MIXER
G AUTO TRANSPORTER
H LOG TRUCK/ TRAILER
I GARBAGE/ REFUSE
J HOPPER
K POLE TRAILER
X NO CARGO BODY
Z OTHER

| EMERGENCY SERVICES [X] | TIME CALLED | ARRIVED SCENE | DEPARTED SCENE | ARRIVED HOSPITAL | | TIME CALLED | ARRIVED SCENE |
|---|---|---|---|---|---|---|---|
| AMBULANCE | 1 6 0 0 | 1 6 0 7 | 1 6 2 3 | 1 6 5 8 | [X] RESCUE UNIT | 1 6 0 0 | 1 6 0 8 |

AMBULANCE SERVICE: WEST FELICIANA EMS
FIRE DEPARTMENT: WEST FELICIANA FIRE DEPARTME

| INVESTIGATING AGENCY | NAME OF AGENCY | TIME OF NOTIFICATION | TIME OF ARRIVAL | TIME ALL LANES OPENED |
|---|---|---|---|---|
| | WEST FELICIANA PARISH SHERIFF | 1 6 0 0 | 1 6 0 8 | 1 6 5 7 |

INVESTIGATION COMPLETE Y/N: ☐

INVESTIGATING POLICE AGENCY: [C]    A. STATE  C. PARISH    B. CITY  Z. OTHER

DATE REPORT COMPLETED: 0 5 0 1 2 0 1 8

REDMOND, ROBERT
INVESTIGATING OFFICER'S NAME (PRINT)    SIGNATURE

BADGE #: W F - 3 5

EXHIBIT
3A

Original Locked Report

18050105440 1438
COMPUTER NUMBER

PAGE #
`0 2`

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**VEHICLE/PEDESTRIAN**

18-2107

| VEH # | `1` | OR | PEDESTRIAN | |

| CONF | CARGO BODY TYPE | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|---|---|---|---|---|---|---|---|
| `Q` | `K` see page 1 for selections | `2 0 0 9` | `F R E I G H T L I N E` | `C O L U M B I A` | `2` | `3` | `6` |

V.I.N. `1 F U J A 6 D R 3 9 D A D 1 5 5 8`   VEHICLE TOWED `B`  A. YES  B. NO  C. LEFT AT SCENE   REMOVED BY O W N E R

| | YEAR | STATE | NUMBER | TYPE | GVWR/GCWR | REASON TOWED |
|---|---|---|---|---|---|---|
| LICENSE PLATE | `2 0 1 8` | `M S` | `A 4 4 1 2 0 2` | `A P P O R T I O N` | `9 0 0 0 0` | A. VEHICLE DAMAGE  B. DRIVER ARRESTED  C. INSURANCE VIOLATION  Z. OTHER |

| | YEAR | MAKE | TYPE | | LICENSE PLATE | YEAR | STATE | NUMBER |
|---|---|---|---|---|---|---|---|---|
| TRAILER DESCRIPTION | `2 0 0 0` | `4 B O L` | `H O M` | | | `2 0 9 9` | `M S` | `4 0 1 4 0 T` |

VEHICLE CLASSIFICATION   COMMERCIAL/ BUSINESS VEHICLE `X`   GOVERNMENT VEHICLE ☐   PERSONAL VEHICLE ☐

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE/BUSINESS, & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.   US DOT # `3047803`

CARRIER NAME `B O M A N   T R U C K I N G ,   L L C`   MC/MX ("ICC") # _____

STREET ADDRESS: `1764 RIVER RD. RD`   CITY `FAYETTE`   STATE `M S`   ZIP `39069`

INTERSTATE CARRIER Y/N `X`   TRANSPORTING HAZARDOUS MATERIAL Y/N ☐   CLASS ☐   ID# ☐   PLACARDS DISPLAYED Y/N ☐   HAZ MAT RELEASED Y/N ☐

NAME (LAST, FIRST, MI) OF `X` DRIVER ☐ PEDESTRIAN

`D O S S   L A R R Y   D`   DATE OF BIRTH `0 9 2 6 1 9 8 8`

| | POSI-TION | EJEC-TION | TRAPP EXTRI-CATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|---|
| | `A` | `A` | `A` | `B` | `D` | `M` | `B` | `2 9` | `E` |

STREET ADDRESS `1764 RIVER ROAD RD`   TELEPHONE # `601-597-9660`

CITY `FAYETTE`   STATE `M S`   ZIP `3 9 0 6 9`

INSTRUCTED TO EXCHANGE INFORMATION? Y/N   NAME OF FACILITY _____

TRANSPORTED TO MEDICAL FACILITY  A. YES  C. REFUSED AID  B. NO  Y. UNKNOWN  `B`

| STATE | CLASS | ENDORSEMENTS | DRIVER'S LICENSE NUMBER |
|---|---|---|---|
| `M S` | `A` | | `8 0 0 6 2 9 1 7 0` |

PEDESTRIAN ONLY   UPPER BODY CLOTHING LIGHT ☐ DARK ☐   LOWER BODY CLOTHING LIGHT ☐ DARK ☐   SEX ☐   RACE ☐   AGE ☐   INJURY CODE ☐

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME)
`X` Same as Driver   `D O S S   L A R R Y   D`   TELEPHONE # `601-597-9660`

STREET ADDRESS `1764 RIVER ROAD RD`

CITY `FAYETTE`   STATE `M S`   ZIP `39069`

INSURANCE CO. NAME `HOUSTON SPECIALTY INSURA` (NOT AGENCY NAME)   POLICY NUMBER `8TIMAL000025600`   EXPIRATION DATE `09152018`

AGENT'S NAME/ADDRESS `P.O BOX 910 BROOKHAVEN, MS 39602`   PHONE # _____

### CODES

| SEATING POSITION | | EJECTION | TRAPPED OR EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
|---|---|---|---|---|---|---|
| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER)  B - FRONT SEAT-MIDDLE  C - FRONT SEAT-RIGHT SIDE  D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER)  E - SECOND SEAT-MIDDLE  F - SECOND SEAT-RIGHT SIDE  G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER)  H - THIRD ROW-MIDDLE  I - THIRD ROW-RIGHT SIDE | J - SLEEPER SECTION OF CAB (TRUCK)  K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)  L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)  M- PASSENGER ON TRAIN OR STREETCAR  N- TRAILING UNIT  O- RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)  Y- UNKNOWN | A-NOT EJECTED  B-TOTALLY EJECTED  C-PARTIALLY EJECTED  Y- UNKNOWN | A-NOT TRAPPED  B-TRAPPED/EXTRI-CATED  C-TRAPPED/NOT EXTRICATED  Y- UNKNOWN | A-DEPLOYED  B-NON DEPLOYED  C-NON-DEPLOY-ED/SWITCH OFF  D-NOT APPLICABLE  Y- UNKNOWN | A-NONE USED-VEHICLE OCCUPANT  B-SHOULDER BELT ONLY USED  C-LAP BELT ONLY USED  D-SHOULDER AND LAP BELT USED  E-CHILD SAFETY SEAT IMPROPERLY USED  F-CHILD SAFETY SEAT USED  G-HELMET USED  Y- RESTRAINT USE UNKNOWN | A- FATAL  B-INCAPACITA-TING/SEVERE  C-NON-INCAPA-CITATING/ MODERATE  D-POSSIBLE/ COMPLAINT  E-NO INJURY |

Original Locked Report

1 8 0 5 0 1 0 5 4 4 0 1 4 3 8

PAGE #

0 3

## CONTRIBUTING FACTORS AND CONDITIONS

WRITE APPROPRIATE LETTER IN BLOCK

18-2107

### VISION OBSCUREMENTS [N]

A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER ...........

### VIOLATION [C]

A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER ...........

### TRAFFIC CONTROL [A]

A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER ...........

### CONDITION OF DRIVER/PED [A]

A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER ...........

### DRIVER DISTRACTION [E]

A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

### REASON FOR MOVEMENT [L]

A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER ...........

### PEDESTRIAN ACTIONS [ ]

A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD – WITH TRAFFIC
D. WALKING IN ROAD – AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

### SEQUENCE OF EVENTS/HARMFUL EVENTS

**NON COLLISION**
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

**COLLISION WITH PERSON, MOTOR VEHICLE, OR NON- FIXED OBJECT**
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL

S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

**COLLISION WITH FIXED OBJECT**
X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC SUPPORT
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT

LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

1st [S]
2nd [ ]
3rd [ ]
4th [ ]

MOST HARMFUL EVENT [S]

### MOVEMENT PRIOR TO CRASH [I]

A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN

K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER

T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

### VEHICLE CONDITION [K]

A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER ...........

### VEHICLE LIGHTING [A]

A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

### TRAFFIC CONTROL CONDITIONS [A]

A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

### ALCOHOL/DRUG INVOLVEMENT

ALCOHOL/DRUGS SUSPECTED....... [A]
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL ............ [B]
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC ...........
[0][ ][ ][ ][ ] g%

DRUGS............ [A]
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| DIRECTION BEFORE CRASH | | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED | | SKIDMARK DATA (FEET) | | | |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | | | EST. | POSTED | FR | FL | RR | RL |
| [N] N E S W | US HWY 61 | SHOULDER | [ ][ ][ ] | [ ][ ][ ] | 6 5 | 0 | 0 | 0 | 0 |

### DAMAGE TO VEHICLE

**AREA DAMAGED**

N- UNDER-CARRIAGE
O- TOTAL
P- OTHER
Q- NONE
Y- UNKNOWN

1ST [Q]
2ND [Q]
3RD [Q]

**EXTENT OF DEFORMITY**
A- NONE
B- VERY MINOR
C- MINOR
D- MINOR/MODERATE
E- MODERATE
F- MODERATE/SEVERE
G- SEVERE
H- VERY SEVERE
Y- UNKNOWN

1ST [A]
2ND [A]
3RD [A]

CITATION NO

VEH. PED.

00005146   [ ] [ ]   32:408
_____ [ ] [ ] _____
_____ [ ] [ ] _____
_____ [ ] [ ] _____
_____ [ ] [ ] _____

R.S. OR ORD. NO

NOTICE OF INSURANCE VIOLATION ............... [ ]

INVESTIGATING OFFICER'S INITIALS

Original Locked Report

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**VEHICLE/PEDESTRIAN**

1 8 0 5 0 1 0 5 4 4 0 1 4 3 8
COMPUTER NUMBER          PAGE #
0 4

18-2107

| 2 VEH # | OR | ☐ PEDESTRIAN |

| CONF | CARGO BODY TYPE | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|---|---|---|---|---|---|---|---|
| S | X see page 1 for selections | 2006 | JEEP | CHEROKEE | 4 | 2 | 4 |

V.I.N. 1J4HR48N36C268428   VEHICLE TOWED [A]   A.YES  B.NO  C. LEFT AT SCENE   REMOVED BY WYATTS TOWING

| LICENSE PLATE | YEAR 2018 | STATE LA | NUMBER 399AGW | TYPE PRIVATE | GVWR/GCWR 0 | REASON TOWED A. VEHICLE DAMAGE B. DRIVER ARRESTED C. INSURANCE VIOLATION Z. OTHER [A] |

| TRAILER DESCRIPTION | YEAR | MAKE | TYPE | LICENSE PLATE | YEAR | STATE | NUMBER |

VEHICLE CLASSIFICATION   COMMERCIAL/BUSINESS VEHICLE ☐   GOVERNMENT VEHICLE ☐   PERSONAL VEHICLE [X]

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE/BUSINESS, & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.   US DOT # _____

CARRIER NAME _____   MC/MX ("ICC") # _____

STREET ADDRESS: _____   CITY _____   STATE _____   ZIP _____

INTERSTATE CARRIER Y/N ☐   TRANSPORTING HAZARDOUS MATERIAL Y/N ☐   CLASS ☐   ID# ☐   PLACARDS DISPLAYED Y/N ☐   HAZ MAT RELEASED Y/N ☐

NAME (LAST, FIRST, MI) OF [X] DRIVER ☐ PEDESTRIAN

JOSEPH FREDRICK A   DATE OF BIRTH 07311990

STREET ADDRESS 1010 PENNSYLVANIA ST   TELEPHONE # _____

CITY NEW ROADS   STATE LA   ZIP 70760

| POSI-TION | EJEC-TION | TRAP/EXTRI-CATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|
| A | A | A | A | D | M | B | 27 | D |

STATE LA   CLASS E   ENDORSEMENTS   DRIVER'S LICENSE NUMBER 009406166

INSTRUCTED TO EXCHANGE INFORMATION? Y/N

TRANSPORTED TO MEDICAL FACILITY [A]   A. YES  C. REFUSED AID  B. NO  Y. UNKNOWN

NAME OF FACILITY OUR LADE OF THE LAKE

PEDESTRIAN ONLY   UPPER BODY CLOTHING LIGHT ☐ DARK ☐   LOWER BODY CLOTHING LIGHT ☐ DARK ☐   SEX ☐   RACE ☐   AGE ☐   INJURY CODE ☐

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME)
[X] Same as Driver   JOSEPH FREDRICK A   TELEPHONE # _____

STREET ADDRESS 1010 PENNSYLVANIA ST

CITY NEW ROADS   STATE LA   ZIP 70760

INSURANCE CO. NAME _____ (NOT AGENCY NAME)   POLICY NUMBER _____   EXPIRATION DATE _____

AGENT'S NAME/ADDRESS _____   PHONE # _____

### CODES

| SEATING POSITION | EJECTION | TRAPPED OR EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
|---|---|---|---|---|---|
| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER) B - FRONT SEAT-MIDDLE C - FRONT SEAT-RIGHT SIDE D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER) E - SECOND SEAT-MIDDLE F - SECOND SEAT-RIGHT SIDE G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER) H - THIRD ROW-MIDDLE I - THIRD ROW-RIGHT SIDE | J - SLEEPER SECTION OF CAB (TRUCK) K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT) M - PASSENGER ON TRAIN OR STREETCAR N - TRAILING UNIT O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT) Y - UNKNOWN | A - NOT EJECTED B - TOTALLY EJECTED C - PARTIALLY EJECTED Y - UNKNOWN | A - NOT TRAPPED B - TRAPPED/EXTRI-CATED C - TRAPPED/NOT EXTRICATED Y - UNKNOWN | A - DEPLOYED B - NON DEPLOYED C - NON-DEPLOY-ED/SWITCH OFF D - NOT APPLICABLE Y - UNKNOWN | A - NONE USED-VEHICLE OCCUPANT B - SHOULDER BELT ONLY USED C - LAP BELT ONLY USED D - SHOULDER AND LAP BELT USED E - CHILD SAFETY SEAT IMPROPERLY USED F - CHILD SAFETY SEAT USED G - HELMET USED Y - RESTRAINT USE UNKNOWN | A - FATAL B - INCAPACITA-TING/SEVERE C - NON-INCAPA-CITATING/ MODERATE D - POSSIBLE/ COMPLAINT E - NO INJURY |

Report Printed By : 'WELCH, RONALD' (RW4205) on Friday, May 11, 2018
DPSSP 3106 (REV. MAR. 2005)

Original Locked Report

1 8 0 5 0 1 0 5 4 4 0 1 4 3 8

OFFICER'S NARRATIVE: DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS. INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC.

IF NECESSARY, INDICATE DAMAGE TO PUBLIC OR PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE.

PAGE #

| 0 | 6 |

REFER TO EACH BY VEHICLE NUMBER    18-2107

See supplement page for narrative.



| NON-COLLISION WITH MOTOR VEHICLE A | REAR END B | HEAD-ON C | RIGHT ANGLE D | LEFT TURN E | LEFT TURN F | LEFT TURN G | RIGHT TURN H | RIGHT TURN I | SIDESWIPE SAME J | SIDESWIPE OPPOSITE K | OTHER Z | MANNER OF COLLISION | F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Original Locked Report

1 8 0 5 0 1 0 5 4 4 0 1 4 3 8

PAGE #
| 0 | 5 |

WRITE APPROPRIATE LETTER IN BLOCK

## CONTRIBUTING FACTORS AND CONDITIONS
18-2107

### VISION OBSCUREMENTS [N]
A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

### VIOLATION [Y]
A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER

### TRAFFIC CONTROL [I]
A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

### CONDITION OF DRIVER/PED [A]
A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

### DRIVER DISTRACTION [E]
A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

### REASON FOR MOVEMENT [A]
A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

### PEDESTRIAN ACTIONS [ ]
A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

### NON COLLISION
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

### COLLISION WITH PERSON, MOTOR VEHICLE, OR NON- FIXED OBJECT
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL

### SEQUENCE OF EVENTS/HARMFUL EVENTS
S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

### COLLISION WITH FIXED OBJECT
X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC SUPPORT
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT

LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

| 1st | S |
| 2nd | |
| 3rd | |
| 4th | |

MOST HARMFUL EVENT
| S | |

### MOVEMENT PRIOR TO CRASH [B]
A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN

K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER

T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

### VEHICLE CONDITION [K]
A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

### VEHICLE LIGHTING [A]
A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

### TRAFFIC CONTROL CONDITIONS [A]
A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

### ALCOHOL/DRUG INVOLVEMENT
ALCOHOL/DRUGS SUSPECTED.......... [A]
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL .......... [B]
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING | 0 | | | | |g%
D. TEST GIVEN, BAC ..........

DRUGS.......... [A]
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE
_____
(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| DIRECTION BEFORE CRASH | | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED | | SKIDMARK DATA (FEET) | | | |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | | | EST. | POSTED | FR | FL | RR | RL |
| [S] N E S W | US HWY 61 | ROADWAY | | | | | | | |
| | | | | | 6 5 | 0 | 0 | 0 | 0 |

### DAMAGE TO VEHICLE

| AREA DAMAGED | EXTENT OF DEFORMITY |
|---|---|
| 1ST [B] | 1ST [G] A- NONE / B- VERY MINOR / C- MINOR |
| N- UNDER-CARRIAGE  2ND [A] | 2ND [G] D- MINOR/MODERATE / E- MODERATE / F- MODERATE/SEVERE |
| O- TOTAL / P- OTHER / Q- NONE / Y- UNKNOWN  3RD [L] | 3RD [G] G- SEVERE / H- VERY SEVERE / Y- UNKNOWN |

CITATION NO

R.S. OR ORD. NO

VEH.  PED.

00005147    ☐ ☐   LA.  R.S 32:861.1
_____ ☐ ☐ _____
_____ ☐ ☐ _____
_____ ☐ ☐ _____
_____ ☐ ☐ _____

NOTICE OF INSURANCE VIOLATION .............. ☐

INVESTIGATING OFFICER'S INITIALS

Original Locked Report

1 8 0 5 0 1 0 5 4 4 0 1 4 3 8

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**NARRATIVE SUPPLEMENT**

COMPUTER NUMBER        PAGE #

0 7

18-2107

**OFFICER'S NARRATIVE:** DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS.
INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC.
IF NECESSARY, INDICATE DAMAGE TO PUBLIC OR PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE.

**REFER TO EACH BY VEHICLE NUMBER**

On 04/30/2018 at approx. 15:59hrs. I, Cpl. Robert Redmond was dispatched to Hwy 61 at Hwy 964w concerning a MVA with possible injuries. Dispatch advised that the MVA was going to be a two vehicle, with an SUV and 18-wheeler. They also advised that there was going to be road blockage.

Upon arrival I observed a tan Jeep Cherokee sitting in the left south bound lane at the intersection of US Hwy 61 and La. Hwy 964, the 18-wheeler was on the shoulder off the road on the north bound side. It appeared to me that the 18-wheeler was coming off La. Hwy 964 making a left hand turn onto north bound US Hwy 61. It appeared that the Jeep Cherokee hit the 18-wheeler in the left south bound lane.

When I arrived West Feliciana EMS was on scene and talking with the driver of the Jeep Cherokee, they advised that his back was hurting. EMS advised that the driver of the 18-wheeler wasn't injured, but the driver of the Jeep Cherokee would be transported to a hospital. The driver of the Jeep Cherokee was identified as Fredrick Joseph by his driver's license and he was transported to Our Lady of the Lake hospital. I never spoke with Fredrick Joseph on scene.

The Jeep Cherokee had what appeared to me to be severe damage to the fount area. Both passenger and driver side airbags were deployed. No insurance information was found for the Jeep Cherokee. Dispatch advised that the state computer was showing that the plate on the Jeep (399AGW), was showing no insurance,  the license plate was pulled to be turned into the DMV office. Photos were taken and Wyatt's towing was called to tow the Jeep.

When making contact with the driver of the 18-wheeler, Larry Doss, he stated that the damage was to the trailer not the truck. He advised that the damage was to the left rear tire / axle area. All information was collected off the truck and trailer, all came back good. When running Larry's driver's license in dispatch advised me that his CDL's were canceled but the class R was good. Larry was advised that his CDL wasn't good at this time and he would have to find someone to come drive the truck for him. The truck was escorted into the Southern Bell truck parking lot to set until someone arrived to drive. Larry Doss was issued a citation for La. R.S 32:408 Class/Endorsement Required.

When Larry was asked what happened, he stated that he was on La. Hwy 964 making a left turn onto US Hwy 61. He stated that he looked both ways and pulled into the median. Once in the median he stated he had to come to a stop due to a car coming north bound and that's when his trailer was hit by the Jeep Cherokee.

After several attempts to contact Fredrick Joseph, I made contact with him on 05/10/2018. Fredrick stated that he would come to the west Feliciana substation and give a statement. When arriving Fredrick stated that he was on US Hwy 61 south bound at 65mph when the 18-wheeler pulled out in front of him and stopped. He stated that he hit the brakes but he couldn't stop in time and hit the rear of the trailer. Fredrick was advised that no insurance was found in the Jeep Cherokee he was driving and he stated that the Jeep didn't have any insurance on it. Fredrick was issued a citation for La. R.S 32:861.1 No Insurance , nothing further at this time.

DPSSP 3110

INVESTIGATING OFFICER'S INITIALS_____

Report Printed By : 'WELCH, RONALD' (RW4205) on Friday, May 11, 2018